IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02240-WYD-MJW

PATRICK KENNEDY,

Plaintiff(s),

v.

COLORADO RS, LLC, d/b/a "RIVERSTONE RESIDENTIAL GROUP SW",
CAS PARTNERS, LLC,   and
KATHLEEN TRUJILLO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 29) is GRANTED as follows finding good cause shown.  The written Stipulated Protective Order (docket nol. 29 -1) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date:   February 10, 2011