IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02240-WYD-MJW

PATRICK KENNEDY,

    Plaintiff,

v.

COLORADO RS, LLC, a Delaware corporation, d/b/a "RIVERSTONE RESIDENTIAL GROUP, SW;"
CAS PARTNERS, LLC, a Texas corporation; and
KATHLEEN TRUJILLO, individually,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice of Kathleen Trujillo as a Party to This Matter [ECF No. 28]. After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that Kathleen Trujillo should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a). Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice of Kathleen Trujillo as a Party to This Matter [ECF No. 28] is **APPROVED**. In accordance therewith, Defendant Kathleen Trujillo is dismissed from this case, with prejudice.

    Dated: April 7, 2011

                            BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge