IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02240-WYD-MJW

PATRICK KENNEDY,

Plaintiff(s),

v.

COLORADO RS, LLC, d/b/a "RIVERSTONE RESIDENTIAL GROUP SW" and
CAS PARTNERS, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion to Withdraw Defendant's Motion to Compel Plaintiff to Execute Medical Record Release (Docket No. 45) is granted, and thus Docket No. 38 is withdrawn.

Date:   June 3, 2011