# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02240-WYD-MJW

PATRICK KENNEDY,

    Plaintiff,

v.

COLORADO RS, LLC, and

CAS PARTNERS, LLC,

    Defendants.

---

## ORDER MODIFYING SCHEDULING ORDER
( Docket No 44 )

Pursuant to the Unopposed Motion to Modify Scheduling Order filed on June 30, 2011, it is

ORDERED that the Scheduling Order is modified as follows:

    a.    Deadline to take the depositions of Officer Michael Welch and Ms. Betsey Stoker: August 12, 2011; and

    b.    Dispositive motion deadline: August 15, 2011.

Dated this 13th day of July, 2011.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO