IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02240-WYD-MJW

PATRICK KENNEDY,

    Plaintiff,

v.

COLORADO RS, LLC, and
CAS PARTNERS, LLC,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On July 14, 2011 Magistrate Judge Watanabe granted Plaintiff's Motion for Leave to Amend Complaint [ECF No. 52].  In light of this ruling, Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss the Second and Third Causes of Action in Plaintiff's Complaint [ECF No. 16], filed November 16, 2010, is **DENIED WITHOUT PREJUDICE.**  Defendants may re-file their motion taking into account Plaintiff's First Amended Complaint.

    Dated:  July 22, 2011