IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02240-WYD-MJW

PATRICK KENNEDY,

    Plaintiff,

v.

COLORADO RS, LLC, and

CAS PARTNERS, LLC,

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO VACATE SETTLEMENT CONFERENCE**
( Docket no. 87 )

---

Upon consideration of the Joint Motion to Vacate Settlement Conference (the "Joint Motion"), the Court, having reviewed file and otherwise being fully apprised in the premise, hereby

GRANTS the Joint Motion. The Settlement Conference currently scheduled to commence on January 12, 2012 at 10:00 a.m. is hereby VACATED.

DATED: January 4th, 2012.

                              BY THE COURT:

                              _____

                              MICHAEL J. WATANABE
                              U.S. MAGISTRATE JUDGE
                              DISTRICT OF COLORADO