IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-02240-WYD-MJW

PATRICK KENNEDY,

    Plaintiff,

v.

COLORADO RS, LLC, a Delaware corporation, d/b/a "RIVERSTONE RESIDENTIAL GROUP, SW;"
CAS PARTNERS, LLC, a Texas corporation; and
KATHLEEN TRUJILLO, individually,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 104], filed March 8, 2012.   After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Joint Stipulation of Dismissal with Prejudice [ECF No. 104], filed March 8, 2012 is **APPROVED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

DATED:   March 8, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE